**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KELLY WALLACE,**
                **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-1774-Orl-31KRS**

**JNC SOLOMON ENTERPRISES, INC.,**
**d/b/a A1A Market and Deli,**
                **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

On April 13, 2007, I conducted a settlement conference in this case which resulted in an agreement between the parties settling the case in its entirety. As a part of the settlement, Plaintiff Kelly Wallace will receive payment of the full amount of overtime compensation she claimed to be owed.

Because Wallace will receive all of the compensation potentially due to her under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, I find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). Accordingly, I respectfully recommend that the Court approve the settlement and thereafter direct that the Clerk of Court close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 13, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge and Courtroom Deputy Clerk
Counsel of Record