# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KELLY WALLACE,**

         **Plaintiff,**

**-vs-**                             **Case No. 6:06-cv-1774-Orl-31KRS**

**JNC SOLOMON ENTERPRISES, INC.,**
**d/b/a A1A Market and Deli,**

         **Defendant.**

_____

## ORDER

This cause comes before the Court on Settlement Proceedings held before Magistrate Judge Karla R. Spaulding on April 13, 2007.

On April 13, 2007, the United States Magistrate Judge issued a report (Doc. No. 23) concluding that the settlement was a fair and reasonable resolution of a bona fide dispute over FLSA provisions. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the settlement as stated at the hearing held before Judge Spaulding is APPROVED, and this case is DISMISSED. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 1st day of May, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE